**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSEPH LOVIDON,**

               **Plaintiff,**

**-vs-**                                          **Case No. 6:05-cv-831-Orl-31DAB**

**FOUR DAUGHTERS RESTAURANT, INC.**
**d/b/a Positanos,**

               **Defendant.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT (Doc. No. 7)**
>
> **FILED:** August 2, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The Summons attached to the Motion states it was repeatedly refused by an employee of the restaurant and "delivery was made as a drop service." There has been no showing that such service, even at the direction of Michael Mandara, registered agent, is adequate service of process on the corporate Defendant Four Daughters Restaurant, Inc.

**DONE** and **ORDERED** in Orlando, Florida on August 4, 2005.

                                                          *David A. Baker*
                                                  DAVID A. BAKER
                                     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record